LORETTA BRENNAN, as Administratrix of the Estate of JOHN BRENNAN, Deceased, Appellant, v. CITY OF NEW YORK et al., Respondents.— No opinion. Present — Hagarty, Johnston, Adel, Taylor and Lewis, JJ.

BERT H. GOLDSTEIN, Respondent, v. PULLMAN COMPANY et al., Defendants, and ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY, Defendant-Appellant.— No opinion. Appeal from the order entered March 16, 1943, dismissed, without costs. Settle order on notice within ten days from the date of this decision. Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

SOPHIE HODGE, as Administratrix of the Estate of JOHN HODGE, Deceased, Respondent, v. FREDERIC E. LYFORD, as Trustee in Bankruptcy of NEW YORK, ONTARIO & WESTERN RAILWAY COMPANY, Appellant.— No opinion. Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

THERSELDA HOFF, Appellant, v. ROSE DUGAN, as Executrix of WILLIAM T. HOFF, Deceased, Respondent.— Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ., concur.